EXHIBIT 1
PRO-SE MOTION

```
MIME-Version:1.0
From:prd_docketing@prd.uscourts.gov
To:prd_docketing@prd.uscourts.gov
Bcc:prd_pretrial@prd.uscourts.gov,prd_probation@prd.uscourts
Message-Id:<190467@prd.uscourts.gov>
Subject:Activity in Case 3:00-cr-00092-CC USA v. Uribe-Londo
```

/PostTrial" Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS***You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### United States District Court for the District of Puerto Rico

### District of Puerto Rico

Notice of Electronic Filing

The following transaction was received from mrj, entered on 3/10/2004 at 2:28 PM AST and filed on 3/10/2004
**Case Name:**     USA v. Uribe-Londono
**Case Number:**   3:00-cr-92
**Filer:**
**WARNING: CASE CLOSED on 07/09/2002**
**Document Number:** 231

**Docket Text:**
ORDER denying [230] Motion for Return of Property/PostTrial as to Jesus Alberto Uribe-Londono (1). We previously ordered the return of property not related to this case. Petition is duplicative. Signed by Judge Jose A Fuste on 3/10/04. (mrj, )

The following document(s) are associated with this transaction:

**3:00-cr-92-1 Notice will be electronically mailed to:**

Maritza Gonzalez-de-Miranda    maritza.gonzalez@usdoj.gov,

