```
04/30/03                                              EXHIBIT 2           ICMIPR01
10:39:31                        FD-192              motion pro-se         Page   1
```

Title and Character of Case:

LONDONO, JESUS, ALBERTO URIBE
VIN JT2BC52L6X0381361

| Date Property Acquired: | Source from which Property Acquired: |
|---|---|
| 03/24/2000 | ALBERTO URIBE<br>   COND. PLAZA DEL MAR APT 6B<br>ISLA VERDE PR |

| Anticipated Disposition: | Acquired By: | Case Agent: |
|---|---|---|
| DESTROY | GONZALEZ-ARROYO HECTOR G | KRAMER JODY J |

Description of Property:                                                    Date Entered
 1B 1

.5 (OZ) OF MARIJUANA

Barcode: E  792624    Location: VAULT     NAR1     S6        03/28/2000

Total Drug Package Weight:      14.18 GRAMS      Est Dollar Value:
Sealed By:  MUNOZ ALMA L                   Witnessed By  VEGA-MONTALVO LUIS A

Case Number: 31C-SJ-36789
Owning Office: SAN JUAN

*[handwritten stamp:] U.S. Motion Exhibit 1  May 5 2003*

```
04/30/03                                                                    ICMIPR01
10:39:31                            FD-192                                  Page   2
```

**Title and Character of Case:**

LONDONO, JESUS, ALBERTO URIBE
VIN JT2BC52L6X0381361

**Date Property Acquired:** 03/29/2000
**Source from which Property Acquired:** TOYOTA TERCEL

**Anticipated Disposition:** DESTROY
**Acquired By:** ORTA HECTOR A
**Case Agent:** KRAMER JODY J

**Description of Property:**
1B 2
Date Entered

ITEM 1- MARIJUANA CIGARRETTE BUT
ITEM 3- MARIJUANA CIGARRETTE
ITEM 5- FILM CANISTER WITH MARIJUANA INSIDE
WEIGHT=1.7 OUNZES

Barcode: E0 91983     Location: VAULT     NAR2     S6     03/29/2000

Total Drug Package Weight: 48.20 GRAMS
Sealed By: ORTA HECTOR A          Witnessed By: GONZALEZ-ARROYO HECTOR G
Dollar Value:

Case Number: 31C-SJ-36739
Owning Office: SAN JUAN

```
04/30/03
10:39:31                          FD-192                              ICMIPR01
                                                                      Page   3
```

**Title and Character of Case:**

LONDONO, JESUS, ALBERTO URIBE
VIN JT2BC52L6X0381361

| Date Property Acquired: | Source from which Property Acquired: |
|---|---|
| 03/24/2000 | POLICE OF PUERTO RICO |

| Anticipated Disposition: | Acquired By: | Case Agent: |
|---|---|---|
| DESTROY | GONZALEZ-ARROYO HECTOR G | KRAMER JODY J |

**Description of Property:**
1B 3                                                                Date Entered

ITEM #1-SONY HANDYCAM VIDEO 8, MODEL CCD-TR814 WITH AN 8MM
VIDEO CASSETTE MEMOREX INSIDE
ITEM #2-TWO 8MM MEMOREX VIDEO CASSETTES MP120 (1 NOT OPENED)
ITEM #3-ONE HANDYCAM BATTERY SONY NP-78
ITEM #4-ONE SONY BATTERY VIDEO LIGHT MODEL HVL-5D
ITEM #5-ONE STAND FOR HANDYCAM VIDEO
ITEM #6-ONE OLYPUS REMOTE CONTROL RC-200
ITEM #7-ONE OLYPUS M-II ZOOM CAMERA WITH FILM
ITEM #8-ONE PFASTER TRIPODE
ITEM #9-ONE BLK HANDYCAM CASE
ITEM 11- COPY    VIDEO OF ORIGINAL

Barcode: E0189 62    Location: ECR         S230
                                                                    04/03/2000

ITEM 10- PHOTO ALBUM USED IN TRIAL EXHIBITS

Barcode: E0138 08    Location: REMOVED
                                                                    03/13/2002

ITEM 10- PHOTO ALBUM USED IN TRIAL EXHIBITS

Barcode: E018 71    Location: ECR          S217
                                                                    05/30/2002

ITEM 11- COPY    VIDEO OF ORIGINAL

Barcode: E018 11    Location: REPACKAGED
                                                                    07/09/2002


Case Number:   31C-SJ-36789
Owning Office: SAN JUAN

```
04/30/03                                                           ICMIPR01
10:39:31                        FD-192                             Page   4
```

Title and Character of Case:

LONDONO, JESUS, ALBERTO URIBE
VIN JT2BC52L6X0381361

| Date Property Acquired: | Source from which Property Acquired: |
|---|---|
| 03/24/2000 | CONDOMINIO PLAYAMAR APT. 6B, ISLA VERDE, P.R |

| Anticipated Disposition: | Acquired By: | Case Agent: |
|---|---|---|
| DESTROY | ORTA HECTOR A | KRAMER JODY J |

Description of Property:                                           Date Entered
1B 4

ITEM #1-ONE MEMOREX 8MM TAPE MP-120 BLUE AND WHITE IN COLOR
ITEM #2-LONG BLACK PANTS WITH BELT, BRAND NAME: BUGGLE BOY
ITEM #3-ONE GREEN AND BLACK JACKET, BRAND NAME: CLAYBROOKE
ITEM #4-LONG SLEEVE SHIRT, BLUE, RED, AND BEIGE IN COLOR
BRAND NAME: ARROW
ITEM #5-ONE SHIRT WITH SHORT SLEEVES, BLUE IN COLOR WITH
SQUARES, BRAND NAME: PORTINA
ITEM #6-ONE BLUE T-SHIRT   BRAND NAME: NIKE
ITEM #7-ONE LIGHT BLUE     IEF
ITEM #8-ONE DARK BLUE B    EF
ITEM #9-BLUE SHORTS
ITEM #10-ONE ESSO TIGER    ECEIPT WITH 08/03/2000 WRITTEN ON
THE BACK
ITEM #12-FIVE BLUE PACK    WITH BRAND NAME RIZLA, AND ONE
YELLOW AND RED PACK WIT    BRAND NAME COLONY
ITEM #14-ONE PASSPORT

Barcode: E01791987    I    ation: ECR       S149            04/03/2000

Case Number:   31C-    6789
Owning Office: SAN

```
04/30/03                                                      ICMIPR01
10:39:31                        FD-192                         Page  5
```

**Title and Character of Case:**

LONDONO, JESUS, ALBERTO URIBE
VIN JT2BC52L6X0381361

| Date Property Acquired: | Source from which Property Acquired: |
|---|---|
| 03/28/2000 | SEARCH WARRANT CONDUCTED IN BLUE TOYOTA TERCEL DOC-046 |

| Anticipated Disposition: | Acquired By: | Case Agent: |
|---|---|---|
| DESTROY | ORTA HECTOR A | KRAMER JODY J |

**Description of Property:**
1B 5                                                           Date Entered

ITEM #2-BLUE PAPER WITH BRAND NAME RIZLA
ITEM #4-ONE WHITE TOWEL WITH BRAND NAME CANON
ITEM #5-ONE WHITE TOWEL WITH BRAND NAME STMARYS
ITEM #7-LIGHT BLUE JEANS WITH BRAND NAME BUGGLE BOY
ITEM #8-ONE WHITE T-SHIRT X-LARGE IN SIZE
ITEM #9-ONE MULTICOLOR SHIRTS WITHOUT BRAND NAME
ITEM #10-ONE WHITE PLASTIC BAG MASTER CHOICE WITH THE
FOLLOWING THINGS INSIDE: BROWN PACKAGING PAPER, ONE MAGAZINE
TIGHT FROM JANUARY 1999, ONE MAGAZINE COLLEGE CUTTIE VOL.1
NO.1, ONE MASK AND ONE SPRINKLER CLEAR AND BLACK IN COLOR

Barcode: E01791990    Location: ECR        S195              04/03/2000

Case Number: 31C-SJ ...'89
Owning Office: SAN JU...

04/30/03
10:39:31

Case 3:00-cr-00092-CC   Document 234-3   Filed 01/21/2005   Page 6 of 10

FD-192

ICMIPR01
Page 6

Title and Character of Case:

LONDONO, JESUS, ALBERTO URIBE
VIN JT2BC52L6X0381361

| Date Property Acquired: | Source from which Property Acquired: |
|---|---|
| 03/24/2000 | CONDOMINIO PLAYAMAR APT. 6B, ISLA VERDE, P.R |

| Anticipated Disposition: | Acquired By: | Case Agent: |
|---|---|---|
| DESTROY | ORTA HECTOR A | KRAMER JODY J |

Description of Property:
1B 6

Date Entered

ITEM 11- ONE ELECTRONIC AGENDA FOR TELEPHONE NUMBERS

Barcode: E01792386   Location: ECR   S157              4/11/2000

Case Number: 31C-SJ-   9
Owning Office: SAN JUAN

Title and Character of Case:

LONDONO, JESUS, ALBERTO URIBE
VIN JT2BC52L6X0381361

| Date Property Acquired: | Source from which Property Acquired: |
|---|---|
| 04/06/2000 | 1999 TOYOTA DOC-046 |

| Anticipated Disposition: | Acquired By: | Case Agent: |
|---|---|---|
| RETURN | ORTA HECTOR A | KRAMER JODY J |

Description of Property:　　　　　　　　　　　　　　　　　　　　　Date Entered
　1B 7

ITEM 1- TWO (2) MAPS OF PUERTO RICO
ITEM 2- DOCUMENTS THAT READ PR TOP NAILS BEAUTY SALON AND BARBER SHOP
ITEM 3- ONE PLASTIC BAG WHITE/RED WITH BEIGE DRAWING PIGGLY WIGGLY
ITEM 4- ONE PLASTIC BAG COLOR WHITE/RED WITH DRAWINF IN GREEN FITNEY GOLD SERIAL #31129
ITEM 5- ONE LIGHTER BLUE IN COLOR
ITEM 6- ONE BOX OF MATCHES FROM METROPOL RESTAURANT PR BLUE IN COLOR WITH WHITE LETTERS
ITEM 7- TWO COINS TWENTY FIV
ITEM 8- TWO COINS OF FIVE
ITEM 9- ONE COIN TEN
ITEM 10- THREE COIN OF ONE
ITEM 11- ONE MAGAZINE "QUE P    A" MARCH AND APRIL 2000

Barcode: E01752459　　Locati   : ECR　　　S98　　　　　　　　　0   3/2000

Case Number:　31C-SJ-36
Owning Office:　SAN JUAN

```
04/30/03                                                              ICMIPR01
10:39:31                            FD-192                            Page   8
```

Title and Character of Case:

LONDONO, JESUS, ALBERTO URIBE
VIN JT2BC52L6X0381361

Date Property Acquired:    Source from which Property Acquired:
                           JESUS ALBERTO
   02/28/2001

Anticipated Disposition:   Acquired By:              Case Agent:
                           NESTER KAREN K            KRAMER JODY J

Description of Property:                                          Date Entered
 1B 9

```
ITEM  4) PHONE #S, PHOTOGRAPHS, OFFICE MESSAGES
ITEM  5) TELEPHONE COMPUTER BOOKS
ITEM  6) PHOTO
ITEM  7) 2 ACTIVITY LOG
ITEM  8) AMERICAN EXPRESS FOLDER
ITEM  9) REGISTRARTION FORM FOR EMAIL
ITEM 10) ADDRESS BOOKS
ITEM 11) CALENDARS
ITEM 12) SEVERAL NOTEBOOKS
ITEM 15) 2 BUSINESS CARDS
ITEM 16) FILM SOUND BUSINESS CARD
ITEM 17) MISC BUSINESS CARDS
ITEM 18) CITIBANK GOLD BILL
ITEM 19) POST ITS
ITEM 26) COMPUTER PASSWORD

Barcode: E02046416    Location: ECR        252              03/02/2001

ITEM 1) 2 VIDEO CASSETTES
ITEM 2) 1 VIDEO CASSETTE

Barcode: E01897837    Location: ECR        216              07/30/2001
```

Case Number:   31C-SJ-36789
Filing Office: SAN JUAN

```
04/30/03                                                              ICMIPR01
10:39:31                          FD-192                              Page   9
```

Title and Character of Case:

LONDONO, JESUS, ALBERTO URIBE
VIN JT2BC52L6X0381361

Date Property Acquired:   Source from which Property Acquired:
                          JESUS ALBERTO
  02/28/2001

Anticipated Disposition:  Acquired By:              Case Agent:
                          NESTER KAREN K            KRAMER JODY J

Description of Property:                                    Date Entered
  1B 10

  ITEM 3) MISC CD'S AND DISKS
  ITEM 13) MISC DISKS
  ITEM 14) MISC DISKS
  ITEM 20) 2 BOXES OF COMPUTER DISKS
  ITEM 27) MISC DISKS

  Barcode: E01897668    Location: ECR         73            03/02/2001


Case Number: 31C-SJ-36789
Filing Office: SAN JUAN

```
04/30/03                                                           ICMIPR01
10:39:31                          FD-192                           Page 10
```

Title and Character of Case:

LONDONO, JESUS, ALBERTO URIBE
VIN JT2BC52L6X0381361

Date Property Acquired:  Source from which Property Acquired:
                         FBIHQ LAB
07/06/2002

Anticipated Disposition:  Acquired By:              Case Agent:
                          NESTER KAREN K            KRAMER JODY J

Description of Property:                                    Date Entered
1B 11

COPIES OF 1B 8 ONE HARD DRIVE, 5 CD'S

Barcode: E01949725   Location: ECR         S253              08/08/2002

Number: 31C-SJ-36789
Ow  Office: SAN JUAN

TOTAL P.1