Universidad de Puerto Rico
Recinto de Río Piedras
Facultad de Ciencias Sociales
Departamento de Psicología



University of Puerto Rico
Río Piedras Campus
College of Social Sciences
Psychology Department



Centro Universitario de Servicios y Estudios Psicológicos
University Center for Psychological Services and Research

## Portada de Facsímil/Fax Cover Sheet

Para/To: Agte. M. Torres

Compañía/Co.: FBI

Número de Fax: (787) 277-7000
Fax Number

Número de Teléfono: (787) 277-7009
Phone Number

Asunto/Subject: Moción para recuperar documentos y propiedad de J.A. Uribe

De/From: Betzaida Castro (Je de Albergado Acusado)

Unidad o Proyecto: _____

Fecha/Date: 30/enero/2004

Número de páginas (incluyendo portada): 4
Number of pages (including cover)

p. (787) 379-9838

Teléfono/Phone Number: (787) 764-0000
Ext. 3595

Número de Fax/Fax Number: (787) 772-1400

(Ext. 1353 sólo para uso Interno UPR)

Mensaje/Message: Aquí le envío la moción para recuperar documentos de las propiedades de J.A. Uribe-Londoño 00-CR-0092 (CC). Favor de comunicarse conmigo (Betzaida Castro) al (787) 379-9838 para coordinar una cita en que yo pueda recoger dichos documentos de Uribe. Gracias por su atención. Espero su llamada.

Dirección Postal/Mailing Address

Ave. Universidad Núm. 55
Edificio Rivera, Tercer Piso
Río Piedras, Puerto Rico 00926

P.O. Box 23174
San Juan, PR 00931-3174

University Avenue 55
Rivera Building, Third Floor
Río Piedras, PR 00926

Esta información es Confidencial y es enviada exclusivamente para el conocimiento y uso de/ de los destinatarios. Su divulgación a otras personas ajenas está Prohibida por Ley. This information is confidential and exclusive for the knowledge and use of the recipient. The divulgation to another person is prohibited by law.

www.cusep.upr.clu.edu





FD-597 (Rev 8-11-94)                                                                                             Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 31C-SJ-36789

On (date) 2/24/04  10:20 A.M.

item(s) listed below were:
☐ Received From
☐ Returned To
☒ Released To
☐ Seized

(Name) Betzaida Castro Crespo  (Tel-761-0521)
(Street Address) Calle 10 F-12, Fair View
(City) Rio Piedras P.R. 00926

Description of Item(s):
1) ITEM #2 - Long Black Pants with Belt, Brand name: Buggle Boy.
2) ITEM #3 One green and black jacket, Brand name Claybrooke.
3) ITEM #4 - Long Sleeve Shirt, Blue, Red, and Beige in Color Brand name: ARROW
4) Item #5 - One shirt with short sleeves, blue in color with squares, Brand name: Portina
5) ITEM #6 - One Blue T-shirt Brand name Nike
6) ITEM #7 - One Light Blue Brief
7) ITEM #8 - One Dark Blue Brief
8) ITEM #9 - Blue Shorts
9) ITEM #9 (1B5) One Multicolor Shorts without Brand Name
10) Item #10 - One Mask and one Snorkler clear in Black in Color
11) Item #11 (1B7) 2 Maps of Puerto Rico.

Received By: ____(Signature)____            Received From: TKA Mercedes Fay (Signature)