FD-597 (Rev 8-11-94)

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property Received/Returned/Released/Seized

File # 31C-SJ-36789

On (date) 2/25/04   11:40 A.M.

item(s) listed below were:
- [ ] Received From
- [x] Returned To
- [ ] Released To
- [ ] Seized

(Name) Orlando Reyes, Agent.
(Street Address) 7 Tabonuco St.
(City) Guaynabo, PR 00968

Description of Item(s): (1) ITEM #14 - One Passport.
"Uribe Londoño Jesus Albert."

Received By: _____ (Signature)
Received From: _____ (Signature)