Jesus A. Uribe Londono
Prison No. 18870-069
FMC Devens Prison
P.O. Box 879
Ayer, MA   01432
<u>Pro Se Defendant</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | Case Number: |
| v. ) | 3:00-cr-92 |
| ) | Judge Jose A. Fuste |
| JESUS A. URIBE LONDONO ) | |
| ) | |
| Pro Se Defendant ) | |
| ) | |

RECEIVED AND FILED
2005 APR 22 PM 1:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

<u>MOTION BY PRO SE DEFENDANT</u>

<u>REQUESTING THE COURT TO RECONSIDER</u>

<u>IT'S MARCH 31, 2005 ORDER DENYING</u>

<u>THE DEFENDANT'S MOTION TO RETURN</u>

<u>PROPERTY NOT RELATED TO THE CASE</u>

<u>CONSOLIDATED DECLARATION AND ARGUMENT</u>

<u>BY PRO SE DEFENDANT REQUESTING THE COURT</u>

<u>TO RECONSIDER IT'S MARCH 31, 2005 ORDER</u>

<u>DENYING THE DEFENDANT'S MOTION TO RETURN</u>

<u>IMPORTANT WORK RELATED MATERIAL</u>

<u>THAT IS NOT RELATED TO THE CASE</u>

<u>AND CANNOT BE REPLACED BY THE DEFENDANT</u>

<u>DECLARATION AND AFFIRMATION</u>

Jesus A. Uribe Londono, Pro Se Defendant, hereinafter, Defendant, declares and affirms under penalty of perjury that the instant filing is true.

<u>DEFENDANT HUMBLY REQUESTS THE COURT</u>

<u>TO RECONSIDER ORDERING THE RETURN</u>

<u>OF THREE (3) SPECIFIC WORK RELATED ITEMS</u>

<u>WHICH ARE LISTED AND DETAILED BELOW</u>

<u>IN ORDER OF PRIORITY</u>

<u>WHICH THE DEFENDANT PRAYS</u>

<u>FOR THE APPROVAL OF THERE RETURN</u>

1. **Notebooks** - ten (10) or more - the contents encompass over twenty five (25) years within my professional career, and contain handwritten notes on field work pertaining to environmental observations and assessments for consulting

(1)

jobs of which I was involved with several national and international organizations (i.e.; banks, engineering companies, etc.). These notes give detailed descriptions of natural resources, land use, pollution and other environmental impact and mitigation proposals required for project financing and approval. Copies were received with Discovery but were unreadable.

2. **Address books and business cards** - one thousand (1000) or more - contain company names and staff contacted during the above described consulting jobs. Most of these items were received as part of the initial discovery produced by the Government, but was unreadable.

3. This material would be extremely important for my future work, and help with my re-integration and ability to be helpful to society as a whole.

### CONCLUSION

Based on all the papers filed in the instant action and criminal proceedings, the Defendant is humbly and respectfully requesting this Honorable Court to reconsider ordering the return of these three (3) work related items, of which the Defendant will graciously accept whatever material within these items, that are deemed not related to the criminal proceeding.

Dated: 4/15/05    By: _____

Respectfully submitted,

(2) Jesus A. Uribe Londono
Pro Se Defendant

## PROOF OF SERVICE

Jesus A. Uribe Londono, Pro Se Defendant, declares and affirms under penalty of perjury that he served the Assistant U.S. Attorney named below with a true copy of his <u>Motion for Reconsideration</u>, by FMC Devens legal mail on: __4/15/05__ .

1. Maritza Gonzalez de Miranda
   U.S.D.C.P.R. No. 208801
   Assistant U.S. Attorney
   Torre Chardon Suite 1201
   Carlos Chardon Avenue #350
   Hato Rey, Puerto Rico   00918

By: _____
Jesus A. Uribe Londono
Pro Se Defendant
Prison No. 18870-069
FMC Devens Prison
P.O. Box 879
Ayer, MA   01432

IN RE:   Case Number 3:00-cr-92