UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,  )
    Respondent,  )
                                  )
v.                              )    Case No. 3:00-cr-92
                                  )
JESUS A. URIBE LONDONO,  )
    Defendant.  )

## NOTICE OF APPEAL

Notice is hereby given that [ Jesus A. Uribe Londono, defendant in the above named case,] hereby appeal to the United States Court of Appeals for the 1st Circuit from the order denying the Appellant's <u>Motion of Reconsideration to Return his Personal Property</u>, entered in this action on the 2nd day of June, 2005.

Dated: June 16, 2005       By: Respectfully submitted,

                                        Jesus A. Uribe Londono, Pro-Se
                                        Reg. No. 18870-069
                                        F.M.C. Devens
                                        P.O. Box 879
                                        Ayer, MA   01432

☑ FILING FEES PENDING
☐ FILING FEES PAID
1 S/C APPEAL'S CLERK

[Stamp: RECEIVED AND FILED 2005 JUN 21 PM 1:48 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.]

## CERTIFICATE OF SERVICE

The defendant, Jesus A. Uribe Londono, hereby certifies under penalty of perjury, that a true and correct copy of the foregoing <u>Notice of Appeal</u> was sent via F.M.C. Devens institutional legal mail to the party listed below, and that first-class postage was pre-paid.

> Maritza González de Miranda
> Assistant U.S. Attorney
> Torre Chardón Suite 1201
> Carlos Chardón Avenue #350
> Hato Rey, Puerto Rico 00918

Dated: June 16, 2005          By: ____/s/ Uribe/____
                                  Jesus A. Uribe Londono, Pro Se
                                  Reg. No. 18870-069
                                  F.M.C. Devens
                                  P.O. Box 879
                                  Ayer, MA   01432

IN RE:   Docket No. 3:00-cr-92