UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:** July 19, 2005

**DC #:**  00-092  (CC)
**Related USCA Case #02-2027**

| | | | | |
|---|---|---|---|---|
| **APPEAL FEE PAID:** | YES | ___ | NO | _X_ |
| **CASE CAPTION:** | USA  v. | Uribe-Londono | | |
| | Defendant: | Jesús Alberto Uribe-Londono  (1) | | |
| **IN FORMA PAUPERIS:** | YES | ___ | NO | _X_ |
| **MOTIONS PENDING:** | YES | ___ | NO | _X_ |

**NOTICE OF APPEAL FILED BY:**       Defendant

**APPEAL FROM:**       Order entered on 06/02/05

**SPECIAL COMMENTS:**       Original documents in file folders

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| **Docket Entries  1-70** | **I** |
| **Docket Entries  71-88** | **II** |
| **Docket Entries  89-97** | **III** |
| **Docket Entry  98 only** | **IV** |
| **Docket Entries  99-104** | **V** |
| **Docket Entries  105-152** | **VI** |
| **Docket Entries  153-200** | **VII** |

I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described in the annexed index and constitute the record on appeal in the case.

> FRANCES RIOS DE MORAN
> Clerk of the Court
>
> S/ Xiomara Muñiz
> Xiomara Muñiz
> Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #:       _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:**   July 19, 2005

**DC #:**   00-092   (CC)
**Related USCA Case #02-2027**

| **APPEAL FEE PAID:** | **YES** _____ | **NO** _X_ |

**CASE CAPTION:**     USA   v.   Uribe-Londono
                      Defendant:   Jesús Alberto Uribe-Londono  (1)


**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**Docket Entries  201-239**                                                              VIII
**Docket Entries 37,38,58,60,70,120,122,144,163,175 (Sealed)**                           IX
**Plaintiff's Exhibits  1-25  &  Defendant's Exhibits A-F**                              X

(Docket Entries 7,...,191 certified on 08/15/02, docket entries 198,...,210 certified on 02/07/03, docket entries 183/PSR & 76,83,93,98,99,169,180,219,225,226/Transcripts certified on 10/14/03 and docket entry 228/Transcript certified on 10/17/03; refer to USCA Case #02-2027)

I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described in the annexed index and constitute the record on appeal in the case.

                                         FRANCES RIOS DE MORAN
                                         Clerk of the Court


                                         S/ Xiomara Muñiz
                                         Xiomara Muñiz
                                         Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #:        _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk