UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

JESUS A. URIBE-LONDONO

    Pro Se Defendant Appellant

v.                              Appeal Docket No. 05-2121

UNITED STATES OF AMERICA

    Respondent Appellee

_____/

## MOTION BY THE PRO SE APPELLANT REQUESTING IN FORMA PAUPERIS RELIEF AND COURT APPOINTED ATTORNEY IN THE INSTANT FIRST CIRCUIT APPEAL

**Now Comes**, Appellant, Jesus Alberto Uribe-Londono, pro se, pursuant to Federal Rules of Appellate Procedure, Rule 24(a)(3), moves this Honorable Court to grant In Forma Pauperis relief, based on prior approval in this Court on Direct Appeal.

In support thereof:

1. The District Court did grant In Forma Pauperis relief for the Appellant on Direct Appeal under Docket No. 02-2027, thereby that prior approval qualifies the Appellant for ongoing In Forma Pauperis relief in the instant appeal.

2. Under FRAP Rule 24(a)(3), the Appellant is requesting that the prior approval by the District Court granting In Forma

Pauperis relief be continued in the instant appeal.

3. The Appellant is providing herewith his detailed financial report from the FMC Devens Prison. The Appellant declares and affirms that he does not have the funds to pay the required filing fee, for copies of required documents, or to hire an attorney to represent him in the instant appeal.

4. The Appellant respectfully requests that this Honorable Court appoint Mr. Malcom Barach (originally appointed and representing the Appellant under Docket No. 02-2027 in his Direct Appeal), to continue representing the Appellant in the instant appeal, as he is familiar with this case, and best able to address this issue.

**Henceforth**, base on the above mentioned statements, the pro se Appellant respectfully requests this Honorable Court to grant In Forma Pauperis relief and prays that Mr. Malcom Barach would be appointed to represent the Appellant in the instant appeal.

Dated: August 5, 2005     By: _____

Respectfully submitted,

Jesus Alberto Uribe-Londono
Reg. No. 18870-069
F.M.C. Devens
P.O. Box 879
Ayer, MA   01432