§ 2254 Rules                                              Form 1

IN FORMA PAUPERIS DECLARATION

United States District Court, District of Puerto Rico

[Insert appropriate court]

Jesus A. Uribe-Londono           DECLARATION IN SUPPORT
(Petitioner) pro se              OF REQUEST
v.                               TO PROCEED
United States of America         IN FORMA PAUPERIS
(Respondent(s))

I, J. Uribe, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes [X]   No [ ]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.
   $0.12/hr. - approximately $6.00 per month
   B.O.P./ F.M.C. Devens Prison, P.O. Box 879, Ayer, MA 01432
   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?   Yes [ ]   No [X]
   b. Rent payments, interest or dividends?              Yes [ ]   No [X]
   c. Pensions, annuities or life insurance payments?    Yes [ ]   No [X]
   d. Gifts or inheritances?                             Yes [X]   No [ ]
   e. Any other sources?                                 Yes [ ]   No [X]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.
from daughter - $1,100.00

3. Do you own cash, or do you have money in checking or savings account?
   Yes [X]   No [ ]   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.
   $1,200.00

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes [ ]   No [X]
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. No

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on 8/11/0(date).

_____
Signature of Petitioner

623

# Inmate Statement

| Inmate Reg #: | 18870069 | Current Institution: | Devens FMC |
|---|---|---|---|
| Inmate Name: | URIBE-LONDONO, JESUS | Housing Unit: | G SOMP |
| Report Date: | 08/10/2005 | Living Quarters: | G01-119L |
| Report Time: | 8:42:20 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | 7/25/2005 4:47:43 PM | ITS0725 | | | ITS Withdrawal | ($23.00) | | $1,124.63 |
| DEV | 7/21/2005 4:07:02 PM | 73 | | | Sales | ($1.00) | | $1,147.63 |
| DEV | 7/12/2005 9:28:21 AM | 5JV116 | | | Payroll - IPP | $4.92 | | $1,148.63 |
| DEV | 6/24/2005 12:24:43 PM | 129 | | | Sales | ($56.95) | | $1,143.71 |
| DEV | 6/20/2005 5:22:20 AM | 70135103 | | | Lockbox - CD | $550.00 | | $1,200.66 |
| DEV | 6/19/2005 12:13:12 PM | ITS0619 | | | ITS Withdrawal | ($40.00) | | $650.66 |
| DEV | 6/17/2005 12:14:37 PM | 38 | | | Sales | ($7.45) | | $690.66 |
| DEV | 6/17/2005 12:10:55 PM | 46 | | | Sales | $0.00 | | $698.11 |
| DEV | 6/6/2005 11:38:17 AM | ISO060 | | | FRP Quarterly Pymt | ($25.00) | | $698.11 |
| DEV | 6/6/2005 10:44:01 AM | 5JV107 | | | Payroll - IPP | $5.40 | | $723.11 |
| DEV | 5/27/2005 12:42:52 PM | 59 | | | Sales | ($1.45) | | $717.71 |
| DEV | 5/8/2005 11:45:36 AM | ITS0508 | | | ITS Withdrawal | ($43.00) | | $719.16 |
| DEV | 5/4/2005 10:08:43 AM | 5JV093 | | | Payroll - IPP | $5.40 | | $762.16 |
| DEV | 4/15/2005 11:45:18 AM | 33 | | | Sales | ($6.20) | | $756.76 |
| DEV | 4/5/2005 10:22:50 AM | 5JV081 | | | Payroll - IPP | $6.24 | | $762.96 |
| DEV | 4/2/2005 10:54:20 AM | ITS0402 | | | ITS Withdrawal | ($26.00) | | $756.72 |
| DEV | 3/18/2005 12:17:38 PM | 41 | | | Sales | ($0.70) | | $782.72 |
| DEV | 3/7/2005 10:56:32 PM | ITS0307 | | | ITS Withdrawal | ($37.00) | | $783.42 |
| DEV | 3/7/2005 11:40:38 AM | ISO035 | | | FRP Quarterly Pymt | ($25.00) | | $820.42 |
| DEV | 3/7/2005 10:21:25 AM | 5JV068 | | | Payroll - IPP | $7.56 | | $845.42 |
| DEV | 2/7/2005 11:11:52 AM | 5JV053 | | | Payroll - IPP | $10.08 | | $837.86 |
| DEV | 1/23/2005 6:16:47 PM | ITS0123 | | | ITS Withdrawal | ($50.00) | | $827.78 |
| DEV | 1/5/2005 9:31:46 AM | 5JV034 | | | Payroll - IPP | $8.40 | | $877.78 |
| DEV | 12/31/2004 8:50:54 PM | ITS1231 | | | ITS Withdrawal | ($16.00) | | $869.38 |
| DEV | 12/29/2004 11:49:27 AM | 25 | | | Sales | ($39.60) | | $885.38 |
| DEV | 12/25/2004 10:32:08 AM | ITS1225 | | | ITS Withdrawal | ($43.00) | | $924.98 |
| DEV | 12/17/2004 11:56:15 AM | 20 | | | Sales | ($0.70) | | $967.98 |
| DEV | 12/15/2004 5:24:41 AM | 70122101 | | | Lockbox - CD | $530.00 | | $968.68 |
| DEV | 12/8/2004 11:23:45 AM | 17 | | | Sales | ($25.50) | | $438.68 |
| DEV | 12/8/2004 11:22:26 AM | 16 | | | Sales | ($85.80) | | $464.18 |
| DEV | 12/6/2004 9:58:42 AM | ISO022 | | | FRP Quarterly Pymt | ($25.00) | | $549.98 |
| DEV | 12/6/2004 9:06:36 AM | 5JV021 | | | Payroll - IPP | $6.72 | | $574.98 |
| DEV | 12/2/2004 10:57:25 PM | ITS1202 | | | ITS Withdrawal | ($28.00) | | $568.26 |
| DEV | 12/1/2004 6:04:26 PM | 43 | | | Sales | ($6.60) | | $596.26 |
| DEV | 11/12/2004 8:05:19 PM | ITS1112 | | | ITS Withdrawal | ($33.00) | | $602.86 |
| DEV | 11/5/2004 | 5JV004 | | | Payroll - IPP | $17.64 | | $635.86 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEV | 11/4/2004 9:39:14 AM | ITS1104 | | ITS Withdrawal | ($27.00) | | $618.22 |
| DEV | 10/14/2004 8:50:59 PM | ITS1014 | | ITS Withdrawal | ($50.00) | | $645.22 |
| | 11:17:37 PM | | | | | | |

Total Transactions: 38

Totals:     $429.41     $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | $1,124.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,124.63 |
| Totals: | $1,124.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,124.63 |

## CERTIFICATE OF SERVICE

I, **Jesus Alberto Uribe-Londono**, hereby certifies under penalty of perjury, that a true and correct copy of the foregoing has been sent via F.M.C. Devens institutional legal mail, on August 11, 2005 to:

1. Maritza Gonzalez de Miranda
   Assistant U.S. Attorney
   Torre Chardon  Suite 1201
   Carlos Chardon Ave. #350
   Hato Rey, PR  00918

Dated: August 11, 2005          By: _____
                                    Jesus Alberto Uribe-Londono
                                    Reg. No. 18870-069
                                    F.M.C. Devens
                                    P.O. Box 879
                                    Ayer, MA  01432