00-92 CC

Jesus Uribe - Londono
Reg. No. 18870-069
FMC Devens
P.O. Box 879
Ayer, MA 01432

6 April 2006

Office of the Clerk
U.S. District Court
Federal Building
150 Carlos Chardon Ave, F.O.B Room 150
Hato Rey, P.R. 00918

RECEIVED & FILED
2006 APR 17 PM 3:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RE: USA v. Jesus Uribe Londono
Criminal Case No. 00-CR 92-01-(CC)
USAO No. 2005 Z00309/001

Dear Sir,

Enclosed are two copies of a letter sent to the Financial Litigation Agent Wanda González of the Office of the U.S. Attorney regarding my criminal imposition; for your information and filing.

Kindly date-stamp one of the copies and return same in the enclosed self-addressed envelope where first-class postage has been pre-paid.

Thank you,

Jesus Uribe-Londono