FR: Jesus Uribe-Londono #18870-069　　　　　　　　6 April 2006
　　　Federal Medical Center, Devens
　　　Post Office Box 879
　　　Ayer, MA 10432

TO: Wanda Gonzalez
　　　Financial Litigation Agent
　　　Office of the U.S. Attorney
　　　District of Puerto Rico
　　　Torre Chardon  Suite 1201
　　　350 Carlos Chardon Street
　　　San Juan  PR 00918

RE　USA v Jesus Uribe-Londono
　　　Criminal Case No. 00-CR-92-01-(CC)
　　　USAO No. 2005Z00309/001
　　　Criminal Imposition: $15,200 00

Dear Ms. Gonzalez.

　　　This is in response to your letter of 31 March 2006, claiming I am delinquent in meeting my Criminal Imposition. This is the fourth time answering such letters from your Office concerning this matter, with a copy of the deductions made in my Inmate Account that bring me in compliance with my financial responsibilities. Please be advised that I am current with my responsibilities, as the attached copy of the Display Inmate Financial Obligation Adjustments indicates. Therefore, there is no justification for any assessment of interest or penalties.

　　　Please direct your Office to take no further action against me until there is valid reason for doing so.

　　　　　　　　　　　　　　Respectfully Submitted.

　　　　　　　　　　　　　　　　　　/s/ Jesus Uribe-Londono
　　　　　　　　　　　　　　Jesus Uribe-Londono

cc:  U.S. District Court

```
 DEVAT                     INMATE FINANCIAL RESPONSIBILITY           04-06-2006
PAGE 001         *     DISPLAY INMT FINANCIAL OBLG ADJUSTMENTS   *    11:55:47

REGNO: 18870-069  OBLG NO: ALL    NO. ADJ TO VIEW: 15         FUNC: DSS
NAME.: URIBE-LONDONO, JESUS ALBERTO     TYPE OBLG: ASSESSMENT USDC
OBLG STATUS.: COMPLETEDZ   OBLG BAL..: 0.00              OBLG NO: 1
DATE ADDED FCL   ADJ TYPE    ADJ REASON      ADJ AMT      DEP NO.   DETAIL
12-08-2004 DEV   PAYMENT     INSIDE PMT         5.00       5031       N
09-10-2004 DEV   PAYMENT     INSIDE PMT        25.00       4121       N
06-09-2004 DEV   PAYMENT     INSIDE PMT        25.00       4091       N
03-11-2004 FTD   PAYMENT     INSIDE PMT        25.00       4061       N
12-18-2003 FTD   PAYMENT     INSIDE PMT        35.00       4031       N
09-13-2003 FTD   PAYMENT     INSIDE PMT        35.00       3121       N
06-12-2003 FTD   PAYMENT     INSIDE PMT        25.00       3091       N
03-13-2003 FTD   PAYMENT     INSIDE PMT        25.00       3061       N




G0002         MORE PAGES TO FOLLOW . . .
```

```
REGNO: 18870-069   OBLG NO: ALL    NO. ADJ TO VIEW: 15        FUNC: DSS
NAME.: URIBE-LONDONO, JESUS ALBERTO      TYPE OBLG: FINE USDC
OBLG STATUS.: AGREED       OBLG BAL..: 14855.00            OBLG NO: 2
DATE ADDED  FCL  ADJ TYPE    ADJ REASON         ADJ AMT    DEP NO.   DETAIL
03-15-2006  DEV  PAYMENT     INSIDE PMT           25.00    6061      N
12-13-2005  DEV  PAYMENT     INSIDE PMT           25.00    6031      N
09-20-2005  DEV  PAYMENT     INSIDE PMT           25.00    5121      N
06-08-2005  DEV  PAYMENT     INSIDE PMT           25.00    5091      N
03-09-2005  DEV  PAYMENT     INSIDE PMT           25.00    5061      N
12-08-2004  DEV  PAYMENT     INSIDE PMT           20.00    5031      N




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
   DEVBB            *      INMATE FINANCIAL RESPONSIBILITY    *     04-06-2006
 PAGE 001           *        DISPLAY INMATE FINANCIAL DATA    *     15:14:00
REGNO: 18870-069                                                  FUNC: PRT
NAME.: URIBE-LONDONO, JESUS ALBERTO




G0002        MORE PAGES TO FOLLOW . . .
```

```
 DEVBB                *      INMATE FINANCIAL RESPONSIBILITY    *   04-06-2006
 PAGE 002 OF 002      *         DISPLAY INMATE FINANCIAL DATA   *   15:14:00

 REGNO: 18870-069    NAME:  URIBE-LONDONO, JESUS ALBERTO
 FRP ASGN: PART            DATE OF MOST RECENT PAYMENT: 03-15-2006

-----------------------MOST RECENT CONTRACT INFORMATION-------------------
 NUMBER: 4             DATE ADDED: 05-18-2004  BY:  DEV
 STATUS: ACTIVE

--------------------------MOST RECENT PAYMENT PLAN------------------------
 INMATE DECISION: AGREED      25.00             QUARTERLY      TRUST FUND
 ANTICIPATED START: 06-2004     ACTUAL START: 06-2004

 FOR THE FOLLOWING OBLIGATIONS:
            1   2
------------------------ALL FINANCIAL OBLIGATIONS-------------------------

    OBLIGATION       AMOUNT IMPOSED       BALANCE      PAYABLE      STATUS
  NBR    TYPE

    1  ASSMT              200.00             0.00     IMMEDIATE    COMPLETEDZ
    2  FINE             15000.00         14855.00     IMMEDIATE    AGREED
```

*Handwritten annotations: "FRP statement — 0 Balance" with signature "JA Uribe L"*

```
 G0000        TRANSACTION SUCCESSFULLY COMPLETED
```