# United States Court of Appeals
## For the First Circuit

No. 05-2121

↓
#239

UNITED STATES,

Appellee,

v.

JESUS ALBERTO URIBE-LONDONO,

Defendant, Appellant.

00-092 (JAF)

**JUDGMENT**

Entered: April 12, 2006

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Puerto Rico.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The orders of the district are affirmed. See 1st Cir. Loc. R. 27(c).

By the Court:
Richard Cushing Donovan, Clerk

**MARGARET CARTER**

By: Margaret Carter, Chief Deputy Clerk

[cc: Ms. Gonzalez de Miranda, Mr. Perez-Sosa, Mr. Rieckhoff & Mr. Uribe-Londono.]