```
   30/03                                                              ICMIPR01
  :39:31                              FD-192                           Page   3
```

Title and Character of Case:

LONDONO, JESUS, ALBERTO URIBE
VIN JT2BC52L6X0381361

| Date Property Acquired: | Source from which Property Acquired: |
|---|---|
| 03/24/2000 | POLICE OF PUERTO RICO |

| Anticipated Disposition: | Acquired By: | Case Agent: |
|---|---|---|
| DESTROY | GONZALEZ-ARROYO HECTOR G | KRAMER JODY J |

Description of Property:                                         Date Entered
  1B 3

  ITEM #1-SONY HANDYCAM VIDEO 8, MODEL CCD-TR814 WITH AN 8MM
  VIDEO CASSETTE MEMOREX INSIDE
  ITEM #2-TWO 8MM MEMOREX VIDEO CASSETTES MP120 (1 NOT OPENED)
  ITEM #3-ONE HANDYCAM BATTERY SONY NP-78
  ITEM #4-ONE SONY BATTERY VIDEO LIGHT MODEL HVL-5D
  ITEM #5-ONE STAND FOR HANDYCAM VIDEO
  ITEM #6-ONE OLYMPUS REMOTE CONTROL RC-200
  ITEM #7-ONE OLYMPUS M-II ZOOM CAMERA WITH FILM
  ITEM #8-ONE PR MASTER TRIPODE
  ITEM #9-ONE BLACK HANDYCAM CASE
  ITEM 11- COPY   VIDEO OF ORIGINAL

  Barcode: E0185 62    Location: ECR      S230                    04/03/2000

```
        Case Numb      31C-SJ-36789
        Owning Offi    SAN JUAN
```

Case 3:00-cr-00092-CC    Document 248-2    Filed 05/09/2006    Page 2 of 7

30/03
39:31
FD-192
ICMIPR01
Page 4

Title and Character of Case:

LONDONO, JESUS, ALBERTO URIBE
VIN JT2BC52L6X0381361

| Date Property Acquired: | Source from which Property Acquired: |
|---|---|
| 03/24/2000 | CONDOMINIO PLAYAMAR APT. 6B, ISLA VERDE, P.R |

| Anticipated Disposition: | Acquired By: | Case Agent: |
|---|---|---|
| DESTROY | ORTA HECTOR A | KRAMER JODY J |

Description of Property:    Date Entered
1B 4

ITEM #1-ONE MEMOREX 8MM TAPE MP-120 BLUE AND WHITE IN COLOR

ITEM #14-ONE PASSPORT

Barcode: 201791987    L ation: ECR    S149    04/03/2000

Case Number: 31C- 56789
Owning Office: SAN

```
30/03                                                              'ICMIPR01
9:39:31                         FD-192                              Page   6
```

Title and Character of Case:

LONDONO, JESUS, ALBERTO URIBE
VIN JT2BC52L6X0381361

| Date Property Acquired: | Source from which Property Acquired: |
|---|---|
| 03/24/2000 | CONDOMINIO PLAYAMAR APT. 6B, ISLA VERDE, P.R |

| Anticipated Disposition: | Acquired By: | Case Agent: |
|---|---|---|
| DESTROY | ORTA HECTOR A | KRAMER JODY J |

Description of Property:
1B 6                                                                Date Entered

ITEM 11- ONE ELECTRONIC AGENDA FOR TELEPHONE NUMBERS

Barcode: E01792386    Location: ECR    S157                         04/11/2000

Case Number: 31C-SJ-   9
Owning Office: SAN JUA[N]

/30/03
0:39:31

Case 3:00-cr-00092-CC    Document 248-2    Filed 05/09/2006    Page 4 of 7

FD-192

ICMIPR01
Page 8

Title and Character of Case:

LONDONO, JESUS, ALBERTO URIBE
VIN JT2BC52L6X0381361

| Date Property Acquired: | Source from which Property Acquired: |
|---|---|
| 02/28/2001 | JESUS ALBERTO |

| Anticipated Disposition: | Acquired By: | Case Agent: |
|---|---|---|
| | NESTER KAREN K | KRAMER JODY J |

Description of Property:                                                                 Date Entered
  1B 9

```
ITEM  4) PHONE #S, PHOTOGRAPHS, OFFICE MESSAGES
ITEM  5) TELEPHONE COMPUTER BOOKS
ITEM  6) PHOTO
ITEM  7) 2 ACTIVITY LOG
ITEM  8) AMERICAN EXPRESS FOLDER
ITEM  9) REGISTRARTION FORM FOR EMAIL
ITEM 10) ADDRESS BOOKS
ITEM 11) CALENDARS
ITEM 12) SEVERAL NOTEBOOKS
ITEM 15) 2 BUSINESS CARDS
ITEM 16) FILM SOUND BUSINESS CARD
ITEM 17) MISC BUSINESS CARDS
ITEM 18) CITIBANK GOLD BILL
ITEM 19) POST ITS
ITEM 26) COMPUTER PASSWORD
```

Barcode: E02046416    Location: ECR      252                      03/02/2001

```
IT  1) 2 VIDEO CASSETTES
IT  2) 1 VIDEO CASSETTE
```

Barcode: E01897837    Location: ECR      216                      07/30/2001

Case Number:  31C-SJ-36789
Filing Office: SAN JUAN

```
/30/03                                                               ICMIPR01
0:39:31                          FD-192                              Page   9
```

**Title and Character of Case:**

LONDONO, JESUS, ALBERTO URIBE
VIN JT2BC52L6X0381361

| Date Property Acquired: | Source from which Property Acquired: |
|---|---|
| 02/28/2001 | JESUS ALBERTO |

| Anticipated Disposition: | Acquired By: NESTER KAREN K | Case Agent: KRAMER JODY J |
|---|---|---|

**Description of Property:**
1B 10

ITEM 3) MISC CD'S AND DISKS
ITEM 13) MISC DISKS
ITEM 14) MISC DISKS
ITEM 20) 2 BOXES OF COMPUTER DISKS
ITEM 27) MISC DISKS

Barcode: E01897668    Location: ECR    73                    Date Entered
                                                              03/02/2001

Case Number: 31C-SJ-36789
ing Office: SAN JUAN

```
 /30/03                                                                    ICMIPR01
10:39:31                           FD-192                                  Page 10
```

**Title and Character of Case:**

LONDONO, JESUS, ALBERTO URIBE
VIN JT2BC52L6X0381361

| Date Property Acquired: | Source from which Property Acquired: |
|---|---|
| 07/06/2002 | FBIHQ LAB |

| Anticipated Disposition: | Acquired By: | Case Agent: |
|---|---|---|
|  | NESTER KAREN K | KRAMER JODY J |

**Description of Property:**                                              Date Entered
1B 11

COPIES OF 1B 8 ONE HARD DRIVE, 5 CD'S

Barcode: E01949725    Location: ECR         S253                  08/08/2002


  Number: 31C-SJ-36789
Ow  Office: SAN JUAN

TOTAL P.11

PROPERTY LEFT AT IDB OFFICE

Diplomas (Three from Stanford University, B.S., 1971; M.S., 1972; M.A., 1973)

Diploma (One from Harvard University, J.F.K. School of Government, on International Finance of Projects, 1999)

All electronic files, i.e., hard disk drive and diskettes containing professional data

→ *Business Cards, 2 binders of business cards, alphabetical by country
  * *Believed taken by Government*

Project Files, i.e., approximately 360 black file boxes labeled "A. Uribe" and organized by project or subject key word

Books and Reports, i.e., publications authored by J.A. Uribe on environmental and economic subjects. Most of these documents are originals or only existing copy.

Magazines and reprints, i.e., documents retained for containing articles by J.A. Uribe

→ *Personal Notes, i.e., approximately 30 daily planners, notebooks, and annotated calendars with notes
  * *Taken by Government*

Images and Maps, i.e., approximately 100 maps and satellite images

Dictation Recorder and Tapes, i.e., Sony and 24 cassette tapes

Video Cassettes, i.e., 12 video tapes on environmental and G.I.S. subjects

Environmental and G.I.S. Data, i.e., 12 diskette boxes with environmental and G.I.S. data

Photographs, i.e., approximately 200 pictures on environmental and educational matters

Personal Papers, i.e., identifications, driver license, tax returns, bank statements, financial statements, passports and visas, etc.

~~Traveler's Checks, i.e., Royal Bank of Canada issue to Uribe~~

Computer Manuals, multiple

Manila Files, i.e., approximately 50 file folders with personal information and data