**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA

    Plaintiff

      v.                      **CRIMINAL NO.** 00-092 (CCC)

JESUS ALBERTO URIBE-LONDONO

    Defendant

| MOTION | ORDER |
|---|---|
| Date Filed: 5-9-06<br><br>Title: Motion for Return of Property<br><br>Docket No.: 248<br><br>[x ] Plffs  [] Defs     [ ] Other | The Government shall respond to defendant's motion on or before 6/15/06. |

Date:   June 6, 2006

*S/ Gustavo A. Gelpi*
GUSTAVO A. GELPI
United States Magistrate Judge