IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

JESUS A. URIBE LODOÑO
    Defendant.

Criminal No. 00-92(JAF)(GAG)

## UNITED STATES OF AMERICA'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH COURT'S ORDER

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through its undersigned attorneys, and very respectfully states and prays as follows:

The Honorable Court issued an order instructing the United States respond to defendant's motion for return of property (Docket # 248) . The United States here by request an extension of 30 days to respond, that is on or before July 17, 2006[1].

The present case was closed for administrative purposes and the agent assigned originally has changed. The United States respectfully requests this extension in order give the opportunity to the new agent from the investigating agency, the Federal Bureau of Investigation, to fully prepare to assist the undersigned in responding to defendant's motion.

WHEREFORE, the United States of America respectfully requests that this Honorable Court to grants the extension requested extension of time to comply.

RESPECTFULLY SUBMITTED.

---

[1] July 15, 2006 is a Saturday.

<u>United States' Request for Extension of Time</u>     2
Criminal No.00-92(JAF)(GAG)
page 2

  In San Juan, Puerto Rico, this 15th of June, 2006.

            ROSE EMILIA RODRIGUEZ-VELEZ
            United States Attorney


            _____
            Maritza González
            U.S.D.C.P.R.  No.208801
            Assistant U.S. Attorney
            Torre Chardon Suite 1201
            Carlos Chardón Avenue
            Hato Rey, Puerto Rico  00918
            Tel. 766-5656

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY, that on this date a true and correct copy of the foregoing motion has been mailed to: Jesus Uribe, Inmmate No. 18870-069, Housing Unit 5751, Federal Correction Institution, P.O.Box 2000, Fort Dix, N.J. 08640.

            Maritza González
            Assistant U.S. Attorney