## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br>v.<br><br>JESUS ALBERTO URIBE LONDONO<br><br>Defendant | **CIVIL NO.** 00-092 (CCC) |

| **ORDER** |
|---|
| Re: Docket No. 252 |
| GRANTED.<br>No further extensions will be allowed. |
| **SO ORDERED**. |

Date:   June 19, 2006

*S/ Gustavo A. Gelpi*
GUSTAVO A. GELPI
United States Magistrate Judge