IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff<br>         v.<br><br>JESUS ALBERTO URIBE LONDONO<br><br>    Defendant | CIVIL  NO.  00-092 (JAF) |

| |
|---|
| **ORDER** |
| Defendant's motion requesting the return of seized personal property (Docket No. 248) is hereby **DENIED**.  The Court has reviewed the FBI's inventory list and notes that all property listed therein which was not returned to defendant is intrinsically intertwined to the instruments used to facilitate his delictive activity.  See, e.g., Shirazi v. United States, 2002 WL 31055964 * 2 (N.D. Ill. 2002).  More so, non-case related items were already returned to defendant's representative. |
| **SO ORDERED**. |

Date:   July 18, 2006

*S/ Gustavo A. Gelpi*
GUSTAVO A. GELPI
United States Magistrate Judge