Jesus A. Uribe-Londono #18870-069
Federal Medical Center, Devens
Post Office Box 879
Ayer, MA 01432

Pro Se Defendant



IN THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | : : : | Criminal Case No. 3:00-cr-92 |
| -vs- | : : | |
| JESUS ALBERTO URIBE-LONDONO, Defendant. | : : | **NOTICE OF APPEAL** |

The Pro Se Defendant, **Jesus Alberto Uribe-Londono,** hereby gives Notice to this Honorable Court of his intent to Appeal the 18 July 2006 Denial of his **Motion For Return Of Personal Property,** and its 18 August 2006 Denial of his **Motion For Reconsideration.** The Defendant wishes to ask the First Circuit Court of Appeals if the Fifth Amendment Due Process established by the United States Congress allows the Forfeiture of Property without the Criminal Due Process set forth by Congress pursuant to 18 U.S.C. § 2253. This Court has denied the return of all property without a showing any property seized from the Defendant qualified for Forfeiture, under the standard established by Congress to allow Forfeiture. Therefore, the Pro Se Defendant gives Notice of his intent to Appeal the Denial of his requests for return of all Property Seized from him by the Government, absent evidence it qualifies for Forfeiture.

RESPECTFULLY SUBMITTED this 24th day of August 2006, by:

_____
Jesus A. Uribe-Londono
Pro Se Defendant

- 1 -

CERTIFICATION OF SERVICE

This is to Certify under Penalty of Perjury that a True and Correct copy of the enclosed **Notice Of Appeals** was duly served on the opposing party by delivery to staff members of this Institution, First Class Postage Pre-Paid and addressed to:

    H.S. Garcia
    United States Attorney
    Torre Chardon Suite 1201
    Carlos Chardon Avenue #350
    Hato Rey, Puerto Rico 00918

this 24th day of August 2006, by: _____
                                      Jesus A. Uribe-Londoño
                                      Pro Se Defendant