Jesus A. Uribe-Londono #18870-069
Federal Medical Center, Devens
Post Office Box 879
Ayer, MA 01432

LEGAL MAIL

CENTRAL MA 015

25 AUG 2006 PM 3 T

Clerk, U.S. District Court
Room 150, Federal Building
San Juan, PR 00918-1767

00918169999

