## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Record to the Court of Appeals

**DATE:** September 20, 2006

**DC #:** 00-092 (CC)

**APPEAL FEE PAID:** YES _____ NO __X__

**CASE CAPTION:** USA v. Uribe-Londoño
Defendant: Jesús Alberto Uribe-Londoño (1)

**IN FORMA PAUPERIS:** YES _____ NO __X__

**MOTIONS PENDING:** YES _____ NO __X__

**NOTICE OF APPEAL FILED BY:** Defendant

**APPEAL FROM:** Order entered on 07/18/06 and Order entered on 08/18/06

**SPECIAL COMMENTS:** Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries  237,238,241,248-258 | I |

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk