Jesus Alberto Uribe-Londono #18870-069
Federal Medical Center, Devens
Post Office Box 879
Ayer, MA 01432

Pro Se Defendant/Appellant

RECEIVED & FILED
06 OCT 11 AM 9:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Appellee,<br><br>-vs-<br><br>JESUS ALBERTO URIBE-LONDONO,<br>Defendant/Appellant. | DC No. 00-092(JAF)<br><br>CA No. 06-2367<br><br>**MOTION FOR LEAVE TO PROCEED<br>IN FORMA PAUPERIS** |

The Pro Se Appellant, **Jesus Alberto Uribe-Londono**, Moves this Honorable Court for Leave To Proceed In Forma Pauperis, pursuant to Federal Rules of Appellant Procedure, Rule 24(a)(3). The following is presented in support of this Motion:

1. The District Court granted In Forma Pauperis status for the Appellant in the preceding Appeal No. 05-2121;

2. The Appellant's financial situation has not changed in any significant degree since that former Motion was granted;

3. Under FRAP Rule 24(a)(3), the Appellant is requesting that the prior approval by the District Court granting In Forma Pauperis relief be continued in the instant appeal; and,

4. The attached In Forma Pauperis Declaration shows the Appellant lacks the funds to hire legal counsel to represent him in this matter.

THEREFORE, the Pro Se Appellant, **Jesus Alberto Uribe-Londono**, Prays this Honorable Court GRANT him Leave To Proceed on Appeal In Forma

- 1 -

Pauperis on Appeal.

RESPECTFULLY SUBMITTED, this 5th day of October 2006, by:

_____
Jesus A. Uribe-Londono
Pro Se Appellant

CERTIFICATION OF SERVICE

This is to Certify under Penalty of Perjury that a True and Correct copy of the above entitled **Motion For Leave To Proceed In Forma Pauperis**, was duly service on the opposing party by deposit with staff members of this institution, First Class Postage Pre-Paid and addressed to:

Maritza Gonzalez
Assistant U.S. Attorney
Torre Chardon Suite 1201
Carlos Chardon Avenue #350
Hato Rey, Puerto Rico 00918

this 5th day of October 2006, by: _____
Jesus A. Urbine-Londono
Pro Se Appellant

- 2 -