§ 2254 Rules                                    Form 1

## IN FORMA PAUPERIS DECLARATION

__UNITED STATES DISTRICT COURT, DISTRICT OF PUERTO RICO__
[Insert appropriate court]

| | |
|---|---|
| __Jesus A. Uribe-Londono,__ | DECLARATION IN SUPPORT |
| (Petitioner) | OF REQUEST |
| v. | TO PROCEED |
| __United State of America,__ | IN FORMA PAUPERIS |
| (Respondent(s)) | |

I, __J. Uribe__, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes [X]   No [ ]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.
   __12¢ per Hour, approximately $4. to $8. per month__
   __BOP/FMC, Devens, P.O.B. 879, Ayer, MA 01432__
   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   _____

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?   Yes [ ]   No [X]
   b. Rent payments, interest or dividends?              Yes [ ]   No [X]
   c. Pensions, annuities or life insurance payments?   Yes [ ]   No [X]
   d. Gifts or inheritances?                            Yes [X]   No [ ]
   e. Any other sources?                                Yes [ ]   No [X]

   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.
   __from daughter, 1,100.00__

3. Do you own cash, or do you have money in checking or savings account?
   Yes [X]   No [ ]   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned. _____
   __$1,368.00__

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes [ ]   No [X]
   If the answer is "yes," describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on __10/5/6__ (date).

Signature of Petitioner

623