## Inmate Statement

🖶 PRINT

| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 18870069 | | Current Institution: | Devens FMC |
| Inmate Name: | URIBE-LONDONO, JESUS | | Housing Unit: | G SOMP |
| Report Date: | 09/27/2006 | | Living Quarters: | G01-119L |
| Report Time: | 3:31:54 PM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | 9/14/2006 6:55:33 AM | 11 | | | Sales | ($14.85) | | $1,367.73 |
| DEV | 9/7/2006 8:06:23 AM | IFRP0906 | | | FRP Quarterly Pymt | ($25.00) | | $1,382.58 |
| DEV | 9/7/2006 8:04:15 AM | FIPP0806 | | | Payroll - IPP | $6.72 | | $1,407.58 |
| DEV | 9/7/2006 6:59:33 AM | 28 | | | Sales | ($0.80) | | $1,400.86 |
| DEV | 9/7/2006 6:41:38 AM | 17 | | | Sales | ($35.45) | | $1,401.66 |
| DEV | 9/1/2006 11:44:08 AM | 86 | | | Sales | ($6.10) | | $1,437.11 |
| DEV | 8/25/2006 12:57:21 PM | TFN0825 | | | Phone Withdrawal | ($50.00) | | $1,443.21 |
| DEV | 8/7/2006 7:14:38 AM | FIPP0706 | | | Payroll - IPP | $9.24 | | $1,493.21 |
| DEV | 8/3/2006 5:32:03 PM | 69 | | | Sales | ($18.55) | | $1,483.97 |
| DEV | 7/27/2006 5:27:53 PM | 66 | | | Sales | ($7.60) | | $1,502.52 |
| DEV | 7/25/2006 9:39:10 PM | TFN0725 | | | Phone Withdrawal | ($50.00) | | $1,510.12 |
| DEV | 7/20/2006 5:35:51 PM | 81 | | | Sales | ($3.90) | | $1,560.12 |
| DEV | 7/20/2006 5:35:01 PM | 80 | | | Sales | ($24.80) | | $1,564.02 |
| DEV | 7/7/2006 9:58:33 AM | FIPP0706 | | | Payroll - IPP | $6.72 | | $1,588.82 |
| DEV | 6/24/2006 5:21:28 AM | 70160601 | | | Lockbox - CD | $540.00 | | $1,582.10 |
| DEV | 6/18/2006 6:21:24 PM | TFN0618 | | | Phone Withdrawal | ($50.00) | | $1,042.10 |
| DEV | 6/9/2006 1:28:40 PM | FIPP0606 | | | Payroll - IPP | $7.56 | | $1,092.10 |
| DEV | 6/8/2006 9:34:47 AM | ISO042 | | | FRP Quarterly Pymt | ($25.00) | | $1,084.54 |
| DEV | 6/8/2006 9:26:52 AM | FIPP0506 | | | Payroll - IPP | $8.40 | | $1,109.54 |
| DEV | 5/10/2006 7:49:55 AM | FIPP0406 | | | Payroll - IPP | $8.40 | | $1,101.14 |
| DEV | 5/5/2006 9:36:19 PM | TFN0505 | | | Phone Withdrawal | ($50.00) | | $1,092.74 |
| DEV | 5/2/2006 5:26:54 PM | 82 | | | Sales | ($17.25) | | $1,142.74 |
| DEV | 5/1/2006 5:02:30 PM | ITS2CONV | | | Phone Rev With Rel | $50.21 | | $1,159.99 |
| DEV | 4/28/2006 10:16:32 PM | ITS0428 | | | Phone Withdrawal | ($43.00) | | $1,109.78 |
| DEV | 4/10/2006 6:23:55 AM | FIPP0306 | | | Payroll - IPP | $4.80 | | $1,152.78 |
| DEV | 3/21/2006 8:09:43 PM | ITS0321 | | | Phone Withdrawal | ($50.00) | | $1,147.98 |
| DEV | 3/13/2006 8:41:39 AM | ISO026 | | | FRP Quarterly Pymt | ($25.00) | | $1,197.98 |
| DEV | 2/10/2006 8:11:47 PM | ITS0210 | | | Phone Withdrawal | ($19.00) | | $1,222.98 |
| DEV | 2/10/2006 7:00:07 AM | FIPP0106 | | | Payroll - IPP | $6.00 | | $1,241.98 |
| DEV | 2/7/2006 2:17:07 PM | 70150901 | | | Lockbox - CD | $550.00 | | $1,235.98 |
| DEV | 1/16/2006 8:57:09 PM | ITS0116 | | | Phone Withdrawal | ($46.00) | | $685.98 |
| DEV | 1/9/2006 8:26:54 AM | FIPP1205 | | | Payroll - IPP | $6.60 | | $731.98 |

| | | | | | |
|---|---|---|---|---|---|
| DEV | 12/29/2005 4:43:33 PM | ITS1229 | Phone Withdrawal | ($50.00) | $725.38 |
| DEV | 12/21/2005 12:36:17 PM | 37 | Sales | ($19.15) | $775.38 |
| DEV | 12/17/2005 3:26:54 PM | ITS1217 | Phone Withdrawal | ($36.00) | $794.53 |
| DEV | 12/14/2005 12:14:08 PM | 23 | Sales | ($43.45) | $830.53 |
| DEV | 12/9/2005 8:28:31 AM | ISO012 | FRP Quarterly Pymt | ($25.00) | $873.98 |
| DEV | 12/9/2005 8:08:00 AM | FIPP1105 | Payroll - IPP | $6.60 | $898.98 |
| DEV | 11/18/2005 8:24:22 PM | ITS1118 | Phone Withdrawal | ($29.00) | $892.38 |
| DEV | 11/14/2005 9:50:12 AM | FIPP1005 | Payroll - IPP | $6.60 | $921.38 |
| DEV | 11/4/2005 8:23:55 PM | ITS1104 | Phone Withdrawal | ($50.00) | $914.78 |
| DEV | 11/4/2005 1:08:22 PM | 37 | Sales | ($14.45) | $964.78 |
| DEV | 10/21/2005 12:01:52 PM | 34 | Sales | ($2.50) | $979.23 |
| DEV | 10/21/2005 12:00:39 PM | 47 | Sales | ($5.70) | $981.73 |
| DEV | 10/7/2005 9:08:47 AM | 5JV152 | Payroll - IPP | $5.40 | $987.43 |
| DEV | 10/6/2005 9:57:41 PM | ITS1006 | Phone Withdrawal | ($37.00) | $982.03 |

Total Transactions: 46

Totals: $348.70   $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | $1,367.73 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,367.73 |
| Totals: | $1,367.73 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,367.73 |