Jesus A. Uribe-Londono #18870-069
Federal Medical Center, Devens
Post Office Box 879
Ayer, MA 01432



LEGAL MAIL

Clerk, U.S. District Court
Federal Building, Room 150
San Juan, PR 00918-1767

