# United States Court of Appeals
## For the First Circuit

No. 06-2367

UNITED STATES,

Appellee,

v.

JESÚS ALBERTO URIBE-LONDONO,

Defendant, Appellant.

**JUDGMENT**

Entered: July 18, 2007

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Puerto Rico.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of Jesús Alberto Urbie-Londono's Fed. R. Crim. P. 41(g) motion is reversed, and the matter is remanded for further proceedings consistent with the opinion issued this day.

By the Court:

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Gustavo A. Gelpí and Ms. Frances de Moran, Clerk, United States District Court for the District of Puerto Rico. Copies to Ms. Gonzalez de Miranda, Mr. Perez-Sosa, Mr. Rieckehoff, & Mr. Uribe-Londono.]