UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESUS ALBERTO URIBE,<br><br>    Defendant. | Criminal No. 00-92 (JAF) |

**O R D E R**

The government is granted **until September 11, 2007** to renew its opposition to the return of defendant's property pursuant to Fed. R. Civ. P. 41(g). The renewal must be made in strict compliance with Court of Appeals' directives in <u>United States v. Uribe-Londoño</u>, No. 06-2367, slip op. [not for publication], dated July 18, 2007.

**IT IS SO ORDERED**.

San Juan, Puerto Rico, this 16th day of August, 2007.

                              S/José Antonio Fusté
                              JOSE ANTONIO FUSTE
                              Chief U. S. District Judge