JESUS ALBERTO URIBE-LONDONO
PRISON ID# 18870-069
FMC DEVENS PRISON, BOX 879
AYER, MA 01432
PRO-SE DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF | CRIMINAL DOCKET NO.: 00-0092 CC |
| vs. | APPEAL DOCKET NO.: 06-2367 |
| JESUS ALBERTO URIBE-LONDONO, | |
| PRO-SE DEFENDANT | |

## MOTION BY THE PRO-SE PRISONER DEFENDANT REQUESTING

## THE HONORABLE COURT TO GRANT HIM THE APPOINTMENT OF COUNSEL

**COMES NOW**, the Pro-Se Prisoner Defendant Jesus Alberto Uribe-Londono hereby filing this Pleading in the District Court requesting the Appointment of Counsel in the above captioned Action. As per suggestion from the Court, the Defendant is requesting the assistance of a Court Appointed Counsel in the Mandated Remand on the Grounds that he is proceeding in the Instant Action under In Forma Pauperis Standing, which was Granted by this Honorable Court based on the Defendant's poverty and on the grounds that he is not a trained attorney, nor possesses any skills at drafting Motions and/or Pleadings.

1

Please be advised that the defendant is enclosing with this motion a copy of the letter/motion that he submitted to the court for filing concerning his request for appointment of counsel and a copy of the Court's resonse to his request.

Thank you for your consideration in this matter.

Respectfully submitted,

/s/ *signature*

Jesus Alberto Uribe-Londono
Reg. 18870-069
FMC Devens
P.O. Box 879
Ayer, MA 01432

Dated: This 20th day of August, 2007.

Enclosures: