Jesus Alberto Uribe-Londono
Prison ID# 18870-069
FMC Devens Prison, Box 879
Ayer, MA 01432

LEGAL MAIL

Clerk's Office
United States District Court
For The District Of Puerto Rico
Federal Building, room 150
San Juan, PR 00918-1767



CENTRAL MA 015
RETURNED FOR ADDITIONAL POSTAGE