July 31, 2007

Jesus Alberto Uribe-London
18870069
FMC Devens
Box 879
Ayer, MA 01432

Clerk's Office, Mr. Richard C. Donovan, Clerk
U.S. Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Reference: Appeal No. 06-2367

Dear Mr. Donovan:

    I received the judgement ordering the reversal of the denial of the District Court of my motion Fed.R.Crim. P.41(g) and remanding the matter for further proceedings consistent with the opinion issued.

    I do not have an attorney (I was granted pauper status) and would appreciate your guidance as to the next steps to be taken on this matter - what is expected from me and when.

    Thank you very much for your kind assistance.

Sincerely,

Jesus Alberto Uribe-London

OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RICHARD CUSHING DONOVAN
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

August 16, 2007

Jesus Alberto Uribe-Londono
Reg. No. 18870-069
FMC Devens
Box 879
Ayer, MA 01432

Re: United States v. Uribe-Londono
Appeal No. 06-2367

Dear Mr. Uribe:

This letter will acknowledge receipt of your recent correspondence dated July 31, 2007. As noted in your letter, your case has been remanded to the district court for further proceedings. Accordingly, if you would like apply for court-appointed counsel, you should file a motion to that effect in the district court.

Sincerely,
Richard Cushing Donovan, Clerk

By: _____
Appeals Attorney

# United States Court of Appeals
## For the First Circuit

*00-00092.  
Puerto Rico  
G. Gelpi*



No. 06-2367

UNITED STATES,

Appellee,

v.

JESÚS ALBERTO URIBE-LONDONO,

Defendant, Appellant.

---

### JUDGMENT

Entered: July 18, 2007

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Puerto Rico.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of Jesús Alberto Urbie-Londono's Fed. R. Crim. P. 41(g) motion is reversed, and the matter is remanded for further proceedings consistent with the opinion issued this day.

Certified and Issued as Mandate  
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*Jennifer Calardo*  
Deputy Clerk

Date: 8/8/07

By the Court:

RICHARD CUSHING DONOVAN

---

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Gustavo A. Gelpí and Ms. Frances de Moran, Clerk, United States District Court for the District of Puerto Rico. Copies to Ms. Gonzalez de Miranda, Mr. Perez-Sosa, Mr. Rieckehoff, & Mr. Uribe-Londono.]