Jesus A. Uribe-Londono
Reg. # 18870-069 Un-GA
FMC Devens P.O. Box 879
Ayer, MA 01432

December 3, 2007

Office of the Clerk
United States District Court
Federal Building, Room 150
San Juan, PR 00918-1767

USA v. Uribe-Londono
3:00-CR-92

RECEIVED AND FILED
2007 DEC 3 PM 2:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Dear Sir: I received the Order granting [269] my Motion to Appoint Counsel and establishing that the Clerk is to appoint counsel from the CJA Panel List, signed by Judge J.A. Fuste on 10/1/07.

However, I have not received any communication from the appointed counsel nor do I know his name, address and phone number.

Could you please send me this information as well as any orders, since then, and the status of my case and docket, ASAP.

Think you very much for your kind assistance.

Sincerely yours,

Jesus Alberto Uribe-Londono