Jesus A. Uribe-Londoño
Reg #18870-069 Un-GA
FMC Devens P.O. Box 879
Ayer, MA 01432

CENTRAL MA 015
04 DEC 2007 PM 5 T



Office of the Clerk
United States District Court
Federal Building, Room 150
San Juan, P.R. 00918-1767

00918/1703