Jesús A. Uribe-Londoño
Reg. No. 18870-069 FMC
P.O. Box 879
Ayer, MA 01432

2 de Enero de 2008

Juan E. Alvarez Cobian, Esq.
Condominio Ponciana 802
Call Marina Num 4190
Ponce, PR 00717

RE: United States v. Uribe-Londoño
Crim. No. 00-092(CCC)-JAF

Estimado Lic. Alvarez:

Gracias por su carta de 23 Dic enviada el 27 Dic y recibida el 31 Dic 2007.

He tratado de llamarlo por teléfono innumerables veces, de 8 a 8½ PM, como acordado, pero ha sido imposible comunicarme con Ud., pues siempre hay una grabadora, a la que no puedo dejar mensaje.

Necesito que revise las Mociones que envié a las Cortes de Distrito y de Apelaciones, para que pueda verificar todas las propiedades que reclamo, pues en la lista que me envió solo aparecen algunas.

En una de las Mociones-Respuesta del gobierno, éste dice que mi pasaporte fue devuelto a Inmigración en Puerto Rico. Le solicito recuperarlo.

Igualmente, le solicito preparar una Moción solicitando toda mi propiedad y una compensación por la que haya sido destruida sin autorización de la corte, por $250,000.00.

Le ruego responderme, y atender mis llamados.

Cordialmente,

Jesús A. Uribe

C.C. U.S. District Court P.R.