A. Uribe-Londono
18870-069 FMC
x 879
MA 01432




Clerk's Office
United States District Court
Room 150 Federal Bldg.
San Juan, P.R. 00918-1767

GAL MAIL

00918/9999

A. Uribe-Londono
18870-069 FMC
x 879
MA 01432

RECEIVED
FEB 12 2008
FMC DEVENS
SM DEPARTMENT



Clerk's Office
United States District Court
Room 150 Federal Bldg.
San Juan PR 00918-1767

EGAL MAIL

00918/9999