# ATTACHMENT NO. 1

## PERSONAL PROPERTY SEIZED LISTED BY THE FBI

FD-597 (Rev. 8-11-94)



UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 31C-SJ-36789

On (date) 2/28/01

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) URIBE MONDOÑO C/O IDB

(Street Address) 1300 FLORIDA AVE NW.

(City) WASHINGTON DC.

Description of Item(s): #1 2 VIDEO CASSETTES

#2 1 VIDEO CASSETTE

#3 MISCELLANEOUS CD'S & DISKS

#4 PHONE NUMBERS, PHOTOGRAPH, OFFICE MESSAGES

#5 (1) TELEPHONE COMPUTER BOOK (1) USERS GUIDE

#6 PHOTOGRAPHS IN FOLDER

#7 (2) ACTIVITY LOGS, HANDWRITTEN

#8 AMERICAN EXPRESS FOLDER W/ NAME OMAR VEGA

#9 REGISTRATION FORM FOR EMAIL

#10 ADDRESS BOOKS, ADDRESSES, CALENDARS

#11 CALENDARS

#12 SEVERAL NOTEBOOKS OF HANDWRITTEN NOTES

#13 SEVERAL MISCELLANEOUS DISKS

#14 MISC. DISKS & CD'S.

#15 2 BUSINESS CARDS

#16 FILM SOUND BUSINESS CARD

#17 MISC BUSINESS CARDS

#18 CITIBANK GOLD BILL

#19 POST-ITS W/ COMPUTER PASSWORDS

#20 2 BOXES COMPUTER DISKS

Received By: [signature] (Signature) Received From: [signature] (Signature)

FD-597 (Rev 8-11-94)

Page 2 of 2

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 31C-SJ-36789

On (date) 2/28/01

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) URIBE LONDONO c/o/ FBI

(Street Address) 1300 NEW YORK AVE NW

(City) WASHINGTON DC

Description of Item(s):

#21 COMPUTER HARD DRIVE
#22 COMPUTER SPEAKERS
#23 COMPUTER PRINTER
#24 COMPUTER MONITOR
#25 KEYBOARD
#26 COMPUTER PASSWORDS
#27 MISC. DISKS

Received By: [signature] (Signature) Received From: [signature] FBI LCF (Signature)

Title and Character of Case:

LONDONO, JESUS, ALBERTO URIBE
VIN JT2BC52L6X0381361

Date Property Acquired: Source from which Property Acquired:
CONDOMINIO PLAYAMAR APT. 6B, ISLA VERDE, P.R

03/24/2000

Anticipated Disposition: Acquired By: Case Agent:
DESTROY ORTA HECTOR A KRAMER JODY J

Date Entered

Description of Property:
1B 4

ITEM #1-ONE MEMOREX 8MM TAPE MP-120 BLUE AND WHITE IN COLOR

ITEM #14-ONE PASSPORT

Barcode: E01791987 L ation: ECR S149 04/03/2000

Case Number: 31C- 6789
Owning Office: SAN

0/03
39:31

FD-192

ICMIPR01
Page 6

Title and Character of Case:

LONDONO, JESUS, ALBERTO URIBE
VIN JT2BC52L6X0381361

Date Property Acquired: 03/24/2000

Source from which Property Acquired: CONDOMINIO PLAYAMAR APT. 6B, ISLA VERDE, P.R

Anticipated Disposition: DESTROY

Acquired By: ORTA HECTOR A

Case Agent: KRAMER JODY J

Description of Property:
1B 6

Date Entered

ITEM 11- ONE ELECTRONIC AGENDA FOR TELEPHONE NUMBERS

Barcode: E01792386 Location: ECR S157 04/11/2000

Case Number: 31C-SJ-[illegible] 9
Owning Office: SAN JUA[illegible]

itle and Character of Case:

LONDONO, JESUS, ALBERTO URIBE
VIN JT2BC52L6X0381361

ate Property Acquired: 02/28/2001

Source from which Property Acquired: JESUS ALBERTO

Anticipated Disposition:

Acquired By: NESTER KAREN K

Case Agent: KRAMER JODY J

Description of Property: 1B 9

Date Entered

ITEM 4) PHONE #S, PHOTOGRAPHS, OFFICE MESSAGES
ITEM 5) TELEPHONE COMPUTER BOOKS
ITEM 6) PHOTO
ITEM 7) 2 ACTIVITY LOG
ITEM 8) AMERICAN EXPRESS FOLDER
ITEM 9) REGISTRARTION FORM FOR EMAIL
ITEM 10) ADDRESS BOOKS
ITE 11) CALENDARS
ITE 12) SEVERAL NOTEBOOKS
ITE 15) 2 BUSINESS CARDS
IT 16) FILM SOUND BUSINESS CARD
IT 17) MISC BUSINESS CARDS
IT 18) CITIBANK GOLD BILL
IT 19) POST ITS
IT 26) COMPUTER PASSWORD

Ba ode: E02046416 Location: ECR 3252 03/02/2001

I 1) 2 VIDEO CASSETTES
I 2) 1 VIDEO CASSETTE

Ba ode: E01897837 Location: ECR 3216 07/30/2001

Case Number: 31C-SJ-36789
ing Office: SAN JUAN

0/03
39:31

FD-192

itle and Character of Case:

LONDONO, JESUS, ALBERTO URIBE
VIN JT2BC52L6X0381361

Date Property Acquired: 02/28/2001

Source from which Property Acquired: JESUS ALBERTO

Anticipated Disposition:

Acquired By: NESTER KAREN K

Case Agent: KRAMER JODY J

Description of Property:
1B 10

ITEM 3) MISC CD'S AND DISKS
ITEM 13) MISC DISKS
ITEM 14) MISC DISKS
ITEM 20) 2 BOXES OF COMPUTER DISKS
ITEM 27) MISC DISKS

Barcode: E01897668 Location: ECR 173

Date Entered: 03/02/2001

ase Number: 31C-SJ-36789
ing Office: SAN JUAN

/03
:31

FD-192

le and Character of Case:

ONDONO, JESUS, ALBERTO URIBE
VIN JT2BC52L6X0381361

ate Property Acquired: 07/06/2002

Source from which Property Acquired: FBIHQ LAB

nticipated Disposition:

Acquired By: NESTER KAREN K

Case Agent: KRAMER JODY J

escription of Property:

Date Entered

1B 11

COPIES OF 1B 8 ONE HARD DRIVE, 5 CD'S

08/08/2002

Barcode: E01949725 Location: ECR S253

e Number: 31C-SJ-36789
Ow g Office: SAN JUAN

**ATTACHMENT NO. 2**

PERSONAL PROPERTY SEIZED
LISTED BY THE GOVERNMENT

EXHIBIT A

RECEIVED AND FILED
01 AUG 10 PM 3:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.

JESUS A. URIBE LONDOÑO,
Defendants.

CRIMINAL NO. 00-92 (CCC)

**UNITED STATES' AMENDED MOTION FOR DESIGNATION OF EVIDENCE UNDER F.R.CRIM.P.12 (d)**

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned Assistatn United States Attorney, and files this notice:

1. The United States hereby designates the following evidence pursuant to F.R.Cr.P.Rule 12(d).

- Esso receipt;
- 7 packages of cigarette rolling papers;
- 1 8mm video tape with wrapping;
- 1 passport contained in leather wallet;
- 2 blue shirts;
- 2 briefs;
- black denim pants with belt;
- 1 pair of blue pants;
- black and green jacket;
- 2 t-shirts;
- 2 white towels;



- photos taken of the area where facts occurred;
- 1 pair blue jean shorts, 1 pair of multicolor shorts
- 1 telephone user guide;
- 2 pages with computer commands;
- 1 photograph of boy;
- sheet of paper of Hotel Panama;
- note pads taken from the defendant's Washington office;
- small notebooks with notes found in the defendant's Washington office;
- 1 business card for film sound;
- 3 videos of natural resources;
- 1 account statement from VISA;
- 1 airline ticket taken form the defendant's Washington office;
- 1994-2000 calendar;
- set of photos in black and white;
- Sony handy cam video camera with black carrying bag with one 8mm videocassette, instruction manual, 1 Avis reservation confirmation paper; 1 empty 8mm video cassette; 1 Sony handy cam battery; 1 tripod; 1 Sony handy cam battery video light; 1 stand for handy cam camera;
- 1 8mm video cassette;
- Olympus camera with developed film;
- 1 8mm video cassette found on the beach;
- 1 electronic agenda;
- 1 mask and snorkel;

ATTACHMENT NO. 3

PERSONAL PROPERTY FROM THE DEFENDANT'S OFFICE THAT WAS NOT RETURNED TO HIM FOLLOWING THE SEIZURE OF PROPERTY FROM THAT OFFICE BY THE FBI

PROPERTY LEFT AT IDB OFFICE

Diplomas (Three from Stanford University, B.S., 1971; M.S., 1972; M.A., 1973)

Diploma (One from Harvard University, J.F.K. School of Government, on International Finance of Projects, 1999)

All electronic files, i.e., hard disk drive and diskettes containing professional data

→ * Business Cards, 2 binders of business cards, alphabetical by country
* Believed taken by Government

Project Files, i.e., approximately 360 black file boxes labeled "A. Uribe" and organized by project or subject key word

Books and Reports, i.e., publications authored by J.A. Uribe on environmental and economic subjects. Most of these documents are originals or only existing copy.

Magazines and reprints, i.e., documents retained for containing articles by J.A. Uribe

→ * Personal Notes, i.e., approximately 30 daily planners, notebooks, and annotated calendars with notes
* Taken by Government

Images and Maps, i.e., approximately 100 maps and satellite images

Dictation Recorder and Tapes, i.e., Sony and 24 cassette tapes

Video Cassettes, i.e., 12 video tapes on environmental and G.I.S. subjects

Environmental and G.I.S. Data, i.e., 12 diskette boxes with environmental and G.I.S. data

Photographs, i.e., approximately 200 pictures on envirnonmental and educational matters

Personal Papers, i.e., identifications, driver license, tax returns, bank statements, financial statements, passports and visas, etc.

~~Traveler's Checks~~, i.e., Royal Bank of Canada issue to Uribe

Computer Manuals, multiple

Manila Files, i.e., approximately 50 file folders with personal information and data