Jesus A. Uribe-Londono
#18870-069 FMC
P.O. Box 879
Ayer, MA 01432

LEGAL MAIL

Clerk of the Court
District of Puerto Rico
U.S. Courthouse #150 Federal Building
Carlos Chardon Street
Hato Rey, PR 00918