IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
    Plaintiff,

    v.
                       Civil 00-92 (JAF)

JESUS URIBE LONDOÑO
    Defendant.

## UNITED STATES OF AMERICA'S MOTION SUBMITTING DECLARATION

TO THE HONORABLE COURT:

    COMES NOW, the United States of America, by and through its undersigned attorneys, and very respectfully states and prays as follows:

    The present motion is filed to supplement the United States Response in Opposition to Defendant's Motion for Sanctions by submitting a declaration by FBI Agent Monica Cardenas regarding the return of property process in this case.

    WHEREFORE, the United States of America respectfully requests that this Honorable Court receives and makes part of the government's opposition the aforementioned declaration.

RESPECTFULLY SUBMITTED.

    In San Juan, Puerto Rico, this 8th  day of April, 2008.

                  ROSA E. EMILIA RODRIGUEZ-VELEZ
                  United States Attorney

                  *s/M.Gonzalez*
                  Maritza González-Rivera
                  U.S.D.C.P.R.  No.208801
                  Assistant U.S. Attorney
                  Torre Chardon Suite 1201
                  Carlos Chardón Avenue
                  Hato Rey, Puerto Rico  00918
                  Tel. 766-5656