DECLARATION OF MONICA L. CARDENAS

I, Monica L. Cardenas, being duly sworn declare:

1.    I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI)and have been so employed for over eleven and one-half (11½) years.  Prior to becoming a special agent with FBI, I was employed as a Probation Officer and Alcohol & Drug Evaluation Specialist for Arapahoe County in the State of Colorado.  My current responsibilities with the FBI include investigations into the sexual exploitation of children and child pornography in the District of Puerto Rico.  The FBI is responsible for enforcing federal criminal statutes involving the sexual exploitation of children under Title 18, United States Code, section 2251, et seq.  During my tenure as a Special Agent with the FBI, I have conducted and participated in numerous investigations of child exploitation offenses involving computers, to include the execution of search warrants and seizing evidence of such violations.

2.  A review of the case file regarding JESUS ALBERTO URIBE-LONDONO was conducted and reflects that on 02/24/2004, the following items were returned to BETZAIDA E. CASTRO CRESPO:

        a.    One pair of Bugle Boy brand long black pants with belt,

        b.    One Claybrooke brand green and black jacket,

        c.    One Arrow brand multi-colored long sleeved shirt,

        d.    One Portina brand blue shirt with short sleeves,

        e.    One Nike brand blue T-shirt,

        f.    One light blue-colored brief,

        g.    One dark blue-colored brief,

1

1          h.     One pair blue shorts,

2          i.     One pair of multi-colored shorts with no brand

3 name;

4          j.     One clear and black-colored mask and snorkle; and

5          k.     Two maps of Puerto Rico.

6     3.    A review of the case file indicates that on 02/25/2004,

7 one passport in the name of ALBERT JESUS URIBE LONDONO was

8 released to SA ORLANDO REYES of the United States Immigration and

9 Customs Enforcement.

10     4.    Within the case file, a Motion In Compliance was

11 submitted by the United States Attorneys Office, dated

12 05/05/2003, Criminal No. 001-92(JAF). The motion declared that

13 computer property had been returned to the Banco Interamericano

14 in Washington, D.C. on 08/23/2000.

15     4.    Finally, a review of the case file indicates that on

16 12/05/2005, a request to destroy remaining items collected in the

17 investigation was submitted. According to FBI property records,

18 this request was complied with and these items were destroyed.

19 Refer to "Exhibit 1" in the above referenced Motion In Compliance

20 for a list of items seized from the defendant as part of the

21 investigation.

22     I declare that the above is true and correct to the best of

23 my knowledge.

24     Executed at San Juan, Puerto Rico on the 1st day of April

25 2008.

26

27          SA MONICA L. CARDENAS

28          FEDERAL BUREAU OF INVESTIGATION

2