Jesus A. Uribe-Londono
Reg. No. 18870-069 FMC
P.O. Box 879
Ayer, MA 01432

June 21, 2008

United States District Court
for the District of Puerto Rico
Clerk's Office
Room 150 Federal Building
San Juan, PR 00918-1767

RE: United States v. Uribe-Londono
Crim No. 00-0092 (CCC)

Dear Clerk:

I received your letter dated June 17, 2008 including docket listing and copy of docket entry 274.

I have not received the Government's Response in docket entry 279 nor the Government's Motion in docket entry 280. Please send me a copy of these two docket entries.

Please also send me the Civil Lawsuit Package I requested in my April 3 letter to this Court.

Enclosed also find a Motion requesting an extension of time to respond to the Government's Response in docket entries 279 and 280.

Since I currently do not have an attorney, in the future please send copies of any court documents directly to me.

Thank you very much for your help.

Sincerely,

/s/ Uribe

Jesus A. Uribe-Londono
Pro-se Petitioner