Jesús A. Uribe-Londono
Reg. No. 18870-069 FMC
P.O. Box 879
Ayer, MA 01432

CENTRAL MA 015

1 2 JUN 2008 PM 4 T

Clerk's Office
United States District Court
for the District of Puerto Rico
Room 150 Federal Bldg
San Juan, PR 00918-1767

LEGAL MAIL

JUN 24 2008

The enclosed letter was processed through
enclosures forwarding to
has been opened nor
has a question or
this facility has
you may wish to return the
for further information or clarification.
the writer encloses correspondence for
forwarding to another addressee,
return to the enclosure to
Federal Medical Center
Massachusetts 01432