United States District Court
District of Puerto Rico

United States of America |
    Plaintiff |
      v. |    Crim. No. 00-0092
Jesus A. Uribe-Londono |
    Defendant |

RECEIVED AND FILED JUN 2 7 2008 CLERK'S OFFICE U.S. DIST. COURT SAN JUAN, PR

## Motion for Extension of Time

Petitioner, Jesús A. Uribe-Londono, pro-se, moves this Honorable Court for extension of time to respond to the Government's Response in docket entries 279 and 280, as the petitioner has not received them as to this date. Petitioner has requested a copy of these dockets from the Court.

Respectfully Submitted this 23rd day of June 2008

Jesús A. Uribe Londono
Pro Se Defendant
Reg. Nº 18870-069 FMC
P.O. Box 879   Ayer, MA 01432

## Certificate of Service

I hereby certify that on this date a true and correct copy of the foregoing Motion has been mailed to:

Maritza Gonzalez
Assistant United States Attorney
Torre Chardon, Suite 1201
Carlos Chardon Ave. #350
Hato Rey, PR 00918

June 23, 2008

Jesús A. Uribe-Londono
Pro-Se Defendant