Jesús A. Uribe-Londono
Reg. No. 18870-069 FMC
P.O. Box 879
Ayer, MA 01432

Clerk's Office
United States District Court
for the District of Puerto Rico
Room 150 Federal Bldg
San Juan, PR 00918-1767

LEGAL MAIL

The enclosed letter was processed through
.................. ...... ............ forwarding to
.................................. been opened nor
.................................... a question or
................................ this facility has
.................... ..... you may wish to return the
............ for further information or clarification.
.... ... writer encloses correspondence for
.... warding to another addressee,
return to the enclosure to
....ral Medical Center
......., Massachusetts 01432

JUN 24 2008