United States District Court
District of Puerto Rico

United States of America  
  Plaintiff  
v.  
Jesus A. Uribe-Londono  
  Defendant

Criminal No. 00-092 (JAF)

## Supplement to Response to United States of America Motion In Opposition to Motions for Sanctions

TO THE HONORABLE COURT:

COMES NOW, JESUS A. URIBE-LONDONO, pro se and very respectfully states and prays as follows:

In its 04/08/2008 Motion submitting Declaration by FBI, Agent Monica L. Cardenas declares that Defendant's passport "was released to SA Orlando Reyes of the United States Immigration and Customs Enforcement" (Page 2 of Declaration, Docket entry 280). Defendant respectfully requests that the Honorable Court order the government to return such passport (República de Colombia, Pasaporte No. AF 374057) issued in Defendant's name, through his representative: Ms. Ana Orama at Bailen I-61, V. Andalucía, San Juan, PR 00926, phone: 787-310 1649. This passport belongs to the Defendant and not to the U.S. Immigration and may be the only item that he may have returned as the rest of his property was unlawfully destroyed by the government.

Respectfully submitted this 10th day of July of 2008

/s/ Jesús A. Uribe-Londono, pro se  
Reg No. 18870-069 FMC  
PO Box 879, Ayer MA 01432

### Certificate of Service

I hereby certify that on this date a true and correct copy of the foregoing Motion has been mailed to:

Maritza Gonzalez, Assist. US Attorney  
Torre Chardon, Suite 1201, Carlos Chardon Ave #350  
Hato Rey, PR 00918

/s/ Pro Se Defendant