Jesús A. Uribe-Londoño
Reg. No. 18870-069 FMC
PO Box 879
Ayer, MA 01432

LEGAL MAIL

00391A/1703

Clerk's Office
U.S. District Court
Room 150 Federal Bldg.
San Juan, PR 00918-1767


